UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDIE LaREECE PITTMAN,

                Plaintiff,

       -against-

SCHOLASTIC CORPORATE
(SCHOLASTICS, INC.; FRESH IDEAS
SCHOLASTIC, ETC.),

              Defendant.

24cv1407 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 22, 2024
           New York, New York

                          /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                  Chief United States District Judge